1

2

3

4

5

6

7

8  UNITED STATES  DISTRICT COURT

9  Northern District of California

10  San Francisco Division

11  UNITED RENTALS (NORTH AMERICA)                    No. C 12-03287 LB
    INC.,

12                                                    **ORDER (1) CONTINUING INITIAL**
                        Plaintiff,                    **CASE MANAGEMENT**
13                                                    **CONFERENCE AND (2) DENYING AS**
              v.                                      **MOOT DEFENDANTS' REQUEST TO**
14                                                    **APPEAR BY TELEPHONE**
    CUTTING EDGE GRADING,
15
                        Defendants.
16  _____/

17      On June 25, 2012, Plaintiff United Rentals (North America) Inc. ("United Rentals") sued eight

18  defendants—Cutting Edge Grading, Inc. ("Cutting Edge"), RQ Construction, Inc. ("RQ

19  Construction"), Western Surety Company ("Western Surety"), Liberty Mutual Insurance Company

20  ("Liberty Mutual"), KISAQ-RQ 2 JV ("KISAQ-RQ"), KISAQ, LLC ("KISAQ"), Federal Insurance

21  Company ("FIC"), and First National Insurance Company of America ("First National")

22  (collectively, "Defendants").  The record indicates that three of them were served and have appeared

23  and answered (RQ Construction, Western Surety, and KISAQ), two of the them were served but

24  have not appeared or answered (Liberty Mutual and First National), two may or may not have been

25  served but nevertheless have appeared and answered (KISAQ-RQ and FIC), and one has not been

26  served and has not appeared or answered (Cutting Edge).

27      On October 18, 2012, United Rentals and five Defendants (KISAQ, KISAQ-RQ, RQ

28  Construction, Western Surety, and FIC) filed a joint case management conference.  CMC Statement,

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3

ECF No. 18.  In it, United Rentals represents that it has served all Defendants except Cutting Edge.  *Id.* at 2.  It also requests an additional 60 days to serve Cutting Edge because it has not been able to locate Cutting Edge and "has ordered a skip trace" to try and find it.  *Id.*

4
5
6
7
8
9

Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own and after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  *Id.*  In this case, the 120-day period for service ends on October 23, 2012.

10
11
12
13
14
15
16

In light of United Rentals's continuing efforts to serve Cutting Edge and the lack of appearances by Liberty Mutual and First National, the court **CONTINUES** the October 24, 2012 Initial Case Management Conference to January 24, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.  The appearing parties shall file a joint case management conference statement no later than January 17, 2013.  Defendants' request to appear by telephone at the now-vacated October 24, 2012 Initial Case Management Conference therefore is **DENIED AS MOOT**.

17
18
19

No later than October 29, 2012, United Rentals **SHALL** file (1) proofs of service (or waivers of service) for KISAQ-RQ, and FIC, and (2) a status report discussing what it intends to do about Liberty Mutual and First National.

20

**IT IS SO ORDERED.**

21

Dated: October 18, 2012

_____
LAUREL BEELER
United States Magistrate Judge

22
23
24
25
26
27
28

C 12-03287 LB
ORDER

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

C 12-03287 LB
ORDER